UNITED STATES DISTRICT COURT
District of New Mexico

UNITED STATES OF AMERICA

           v.                                              Case Number:

Joseph Eugene Gurule                          1:02CR01422-001LH

**ORDER MODIFYING CONDITIONS**

THIS MATTER came before the Court on December 10, 2014, on the pending Petition for Revocation of supervised release.

IT IS ORDERED that the petition is held in abeyance for 4 months. The term of supervision is reinstated, and all previously imposed conditions remain in effect.

IT IS FURTHER ORDERED that if Defendant complies with all conditions of supervision, the petition for revocation will be dismissed at the conclusion of the period of abeyance.

                                                  /s/ J. Frederick Motz